FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 09-00250 M |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Jonathan A. Hall, | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ~~Southern District of California~~ for alleged violation(s) of the terms and conditions of his/her ~~[probation]~~/supervised release~~s~~; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of information re bail, no ties to community or information re background, and nature of charge_

and/or

B. ☒ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's criminal record and nature of violation._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/6/09

_/s/ Carla M. Woehrle_

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE